## L. D. POWELL CO. v. CASTEEL.

No. 11516—Opinion Filed May 31, 1921.

(Syllabus.)

1. **Appeal and Error—Case-Made—Time of Service—Validity.**

A case-made not served within the time allowed by law, nor within the extension allowed by the court, gives this court no jurisdiction of the appeal as a case-made.

2. **Same—Review as Upon Transcript.**

Though a case-made may be filed too late to be considered as a case-made but within the time for filing a transcript, unless it presents questions properly reviewable on a transcript it will not be considered for any purpose.

Error from District Court, Murray County; F. B. Swank, Judge.

Action between the L. D. Powell Company and J. H. Casteel. From the judgment, the former brings error. Dismissed.

Yerker E. Taylor, for plaintiff in error.

W. N. Lewis, for defendant in error.

HARRISON, C. J. This record discloses that motion for new trial was overruled December 22, 1919, and plaintiff given 60 days, in addition to the 15 days provided by law, to serve case-made: March 5, 1920, an extension of 60 days additional was granted, May 4, 1920, an extension of 15 days in addi-

tion to the time already granted was made, making 150 days in all for serving case-made, which expired May 20, 1920; the case-made was not served until May 22nd, two days after the time had expired.

Under the rule heretofore followed, a purported case-made, which has not been served within 15 days from the date of the judgment or order appealed from, or within an extension of time duly allowed, cannot be consider, d by this court for lack of jurisdiction. Cook v. Cook, 79 Okla. 222, 192 Pac. 215; Cripple Creek Oil Co. v. King, 76 Okla. 316, 185 Pac. 439; Morgan v. Board of Co. Com'rs, 59 Okla. 290, 159 Pac. 514; Wills v. Buzbee, 42 Okla. 206, 140 Pac. 1146; Gilbert v. Divelbiss, 47 Okla. 340, 148 Pac. 689.

This case might be reviewed as upon a transcript, having been filed within six months from the date of final judgment, but as the p·tition in error presents no question reviewable upon transcript, there is nothing before this court. Cook v. Cook, supra; Thompson v. Stevens, 73 Oklahoma, 175 Pac. 742; Collins v. Garvey, 67 Oklahoma, 171 Pac. 330.

For these reasons, the appeal is dismissed.

JOHNSON, McNEILL, MILLER, ELTING, and KENNAMER, JJ., concur.